U.S. Magistrate Judge J. Kelley Arnold

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEAL LORSBACH, | CIVIL NO. C08-5569FDB-JKA |
| Plaintiff, | |
| v. | ORDER FOR EXTENSION OF TIME TO FILE BRIEFS |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on Plaintiff's Stipulation for Extension of Time and the agreement of the parties, it is now, hereby, ORDERED that Plaintiff's Opening Brief shall be filed on or before February 12, 2009, Defendant's response brief is due March 12, 2009, and Plaintiff's Reply Brief is due March 26, 2009.

DATED this 14th day of January, 2009.

*/s/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

Presented by:

S/Amy M. Gilbrough,
Amy M. Gilbrough,

ORDER FOR EXTENSION OF TIME TO FILE
BRIEFS- [C08-5569 JKA] - 1

Douglas, Drachler & McKee, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206)623-0900

1 | Attorney for Plaintiff
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER FOR EXTENSION OF TIME TO FILE BRIEFS- [C08-5569 JKA] - 2

Douglas, Drachler & McKee, LLP
1904 Third Avenue, Suite 1030
Seattle, WA 98101
(206)623-0900