UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| NEAL C. LORSBACH,<br><br>                    Plaintiff,<br><br>            v.<br><br>MICHAEL J. ASTRUE, Commissioner of<br>Social Security,<br><br>                    Defendant. | CASE NO.  C08-5569 FDB<br><br>ORDER OF REMAND FOR<br>FURTHER ADMINISTRATIVE<br>PROCEEDINGS |

The Magistrate Judge recommends that this action seeking social security benefits be remanded to the administration for further consideration.  The Commissioner of Social Security has not filed an objection.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation;

    (2)    The matter is therefore REMANDED to the administration for further consideration; and

1    (3)    The Clerk is directed to send copies of this Order to counsel of record.

2    DATED this 14th day of July, 2009.

　

　

　

　

　

　　　　　　　　　　　　　　　　　　　　　　／s／

　　　　　　　　　　　　　　　　　　　　FRANKLIN D. BURGESS
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE