UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NEAL C. LORSBACH, | ) |
| | ) CIVIL NO. 08-5569 FDB |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES, |
| v. | ) EXPENSES, AND COSTS |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

THIS MATTER is before the undersigned by the Parties' Stipulated Motion to Award EAJA Fees, Expenses, and Costs. The Court agrees that that EAJA fees and expenses, and costs should be awarded. Therefore, it is:

ORDERED that Plaintiff is hereby awarded EAJA fees of $4,668.80 and expenses of $21.56, pursuant to 28 U.S.C. § 2412; and costs of $19.95, pursuant to 28 U.S.C. § 1920. The checks for EAJA fees and expenses, and costs should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5569 FDB] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

1     DATED this 26th day of July, 2009

4
5              _____
6              FRANKLIN D. BURGESS
               UNITED STATES DISTRICT JUDGE

9  Presented by:

10
   S/AMY M. GILBROUGH
11 AMY M. GILBROUGH,
   Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES
[C08-5569 FDB] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900