# United States District Court

WESTERN DISTRICT OF WASHINGTON

NEAL C. LORSBACH

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5569RJB

__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiff's attorney Amy Gilbrough is awarded an attorney fee of $8,943.00 pursuant to 42 U.S.C. § 406(b). Social Security is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute. On receipt of this fee, Ms. Gilbrough will reimburse to the Plaintiff the fee she was paid under the Equal Access to Justice Act (EAJA), $4,668.80, as required by statute.

|  |  |
|---|---|
| July 8, 2010 | BRUCE RIFKIN |
| Date | Clerk |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |